IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. CROSSWHITE,

        Petitioner,                No. CIV S-05-2367 DFL KJM P

    vs.

NAPA STATE HOSPITAL, et al.,

        Respondents.

_____/      <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Petitioner's request to proceed in forma pauperis is granted;

        2.  Respondents are directed to file an answer within sixty days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the amended application.  Rule 5, Rules Governing Section 2254 Cases;

/////

3.  Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

4.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  October 19, 2006

_____
U.S. MAGISTRATE JUDGE

1
cros2367.100

2