IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. CROSSWHITE,

    Petitioner,                   No. CIV-05-2367 DFL KJM P

    vs.

DAVE GRAZIANI,[1] et al.,

    Respondents.               ORDER

_____/

        Petitioner is proceeding with an amended petition for writ of habeas corpus under 28 U.S.C. § 2254. Respondents have filed a motion to dismiss. Among other things, respondents argue that petitioner's amended petition must be dismissed because it is vague. The court agrees; petitioner's amended petition will be dismissed. The court also will appoint counsel for petitioner. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Counsel will be directed to confer with petitioner and determine whether it would be appropriate to file a second amended petition.

/////

---

[1] Based on information provided by counsel for respondents, Dave Garziani is added as a respondent in this action. See Mot. to Dismiss, n.1; Brittingham v. U.S., 982 F.2d 378, 379 (9th Cir. 1992).

1

Accordingly IT IS HEREBY ORDERED that:

1. Respondents' December 19, 2006 motion to dismiss is granted.

2. Petitioner's amended application for writ of habeas corpus is dismissed.

3. The Federal Defender is appointed to represent petitioner.

4. The Clerk of the Court is directed to serve a copy of this order on David Porter, Assistant Federal Defender.

5. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

6. A status conference is set for June 27, 2007 at 10:00 a.m. in Courtroom #26.

7. All parties shall appear at the status conference by counsel.

DATED: May 11, 2007.

_____
U.S. MAGISTRATE JUDGE

1
cros2367.157