DANIEL J. BRODERICK, #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JOHN D. CROSSWHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. CROSSWHITE,<br><br>              Petitioner,<br><br>     v.<br><br>ATTORNEY GENERAL OF CALIFORNIA,<br><br>              Respondent.<br>_____ | NO. CV 05-2367-RRB-KJM<br><br>STIPULATION CONTINUING STATUS<br>CONFERENCE; ORDER<br><br>Date:  August 8, 2007<br>Time:  10:00 a.m.<br>Judge: Kimberly J. Mueller |

   This case is currently scheduled for a status conference on Wednesday, June 27, 2007, at 10:00 a.m. Based upon information received from Mr. Crosswhite's county public defender, the parties, through counsel, hereby stipulate and agree to continue this status conference until Wednesday, August 8, 2007, at 10:00 a.m.

   Mr. CROSSWHITE receives a review of his custodial status every two years. In anticipation of his 2007 review, he was examined by the staff at Napa Hospital and determined to be eligible for release from

1

the Hospital into the community as part of the CONREP program. The medical staff has recommended such release and the district attorney has not expressed any opposition to this. The only issue remaining is whether the Superior Court judge assigned to this case will agree. If that occurs then any issues presented or potentially presented by Mr. Crosswhite's federal habeas petition would be moot.

Mr. Crosswhite next scheduled court appearance in Shasta County is July 17, 2007. In the event the court does not agree to the proposed release, Mr. Crosswhite's trial date relative to his release is currently scheduled for August 2, 2007. The county public defender representing Mr. CROSSWHITE has agreed to contact undersigned counsel to inform him of the result of these proceedings.

Respondent's counsel is out of the office this week and next. Petitioner's counsel has contacted Deputy Attorney General Melissa Lipon, who is handling this case in his absence. Ms. Lipon has authorized Petitioner's counsel to sign for her in this stipulation.

A proposed order continuing this status conference and taking the presently scheduled conference off calendar is attached.

Dated:  June 26, 2007

Respectfully submitted,

| | |
|---|---|
| MELISSA LIPON | DANIEL J. BRODERICK |
| Deputy Attorney General | Federal Defender |
| | |
| /s/ Melissa Lipon | /s/ Daniel J. Broderick |
| Attorney for Respondent | Attorney for Petitioner |
| Attorney General of California | JOHN D. CROSSWHITE |

Stipulation & Order                                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. CROSSWHITE, | ) NO. CV 05-2367-RRB-KJM |
| ) | |
| Petitioner, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| DAVE GRAZIANI, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____ ) | |

    For the reasons stated in the parties' joint stipulation, filed on June 26, 2007, IT IS HEREBY ORDERED that the status conference in this case, currently scheduled for Wednesday, June 27, 2007, at 10:00 a.m. is vacated.  IT IS FURTHER ORDERED that this status conference is hereby rescheduled for Wednesday, August 8, 2007, at 10:00 a.m.

Dated: June 28, 2007.
    (nunc pro tunc to
      June 26, 2007)

_____
U.S. MAGISTRATE JUDGE