1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    801 I Street, 3rd Floor
     Sacramento, California 95814
3    Telephone: (916) 498-5700

4    Attorney for Petitioner
     JOHN D. CROSSWHITE
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   JOHN D. CROSSWHITE,              )  NO. CV 05-2367-RRB-KJM
                                      )
13                   Petitioner,      )
                                      )  STIPULATION CONTINUING STATUS
14        v.                          )  CONFERENCE; ORDER
                                      )
15   ATTORNEY GENERAL OF CALIFORNIA, )
                                      )  Date:  August 8, 2007
16                   Respondent.      )  Time:  10:00 a.m.
                                      )  Judge: Kimberly J. Mueller
17   _____)

18

19        This case is currently scheduled for a status conference on

20   Wednesday, June 27, 2007, at 10:00 a.m.  Based upon information

21   received from Mr. Crosswhite's county public defender, the parties,

22   through counsel, hereby stipulate and agree to continue this status

23   conference until Wednesday, August 8, 2007, at 10:00 a.m.

24        Mr. CROSSWHITE receives a review of his custodial status every two

25   years.  In anticipation of his 2007 review, he was examined by the

26   staff at Napa Hospital and determined to be eligible for release from

27

28                                    1

1   the Hospital into the community as part of the CONREP program.   The

2   medical staff has recommended such release and the district attorney

3   has not expressed any opposition to this.   The only issue remaining is

4   whether the Superior Court judge assigned to this case will agree.   If

5   that occurs then any issues presented or potentially presented by Mr.

6   Crosswhite's federal habeas petition would be moot.

7        Mr. Crosswhite next scheduled court appearance in Shasta County is

8   July 17, 2007.   In the event the court does not agree to the proposed

9   release, Mr. Crosswhite's trial date relative to his release is

10  currently scheduled for August 2, 2007.   The county public defender

11  representing Mr. CROSSWHITE has agreed to contact undersigned counsel

12  to inform him of the result of these proceedings.

13       Respondent's counsel is out of the office this week and next.

14  Petitioner's counsel has contacted Deputy Attorney General Melissa

15  Lipon, who is handling this case in his absence.   Ms. Lipon has

16  authorized Petitioner's counsel to sign for her in this stipulation.

17       A proposed order continuing this status conference and taking the

18  presently scheduled conference off calendar is attached.

19

20  Dated:  June 26, 2007
                                  Respectfully submitted,
21
    MELISSA LIPON                 DANIEL J. BRODERICK
22  Deputy Attorney General       Federal Defender

23

24  /s/ Melissa Lipon             /s/ Daniel J. Broderick
    Attorney for Respondent       Attorney for Petitioner
25  Attorney General of California JOHN D. CROSSWHITE

26

27

28  Stipulation & Order                    2

1                    IN THE UNITED STATES DISTRICT COURT

2                 FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4

5   JOHN D. CROSSWHITE,              )  NO. CV 05-2367-RRB-KJM
                                     )
6                   Petitioner,      )
                                     )  ORDER CONTINUING STATUS
7       v.                           )  CONFERENCE
                                     )
8   DAVE GRAZIANI, et al.,           )
                                     )
9                   Respondents.     )
                                     )
10  _____ )

11

12      For the reasons stated in the parties' joint stipulation, filed on

13  June 26, 2007, IT IS HEREBY ORDERED that the status conference in this

14  case, currently scheduled for Wednesday, June 27, 2007, at 10:00 a.m.

15  is vacated.  IT IS FURTHER ORDERED that this status conference is

16  hereby rescheduled for Wednesday, August 8, 2007, at 10:00 a.m.

17  Dated: June 28, 2007.
        (nunc pro tunc to
18        June 26, 2007)

19

20                                   _____
21                                   U.S. MAGISTRATE JUDGE

22

23

24

25

26

27

28