IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. CROSSWHITE,<br><br>        Petitioner,<br><br>  v.<br><br>ATTORNEY GENERAL OF CALIFORNIA,<br><br>        Respondent. | NO. CV 05-2367-RRB-KJM<br><br>ORDER DISMISSING HABEAS PETITION AS MOOT |

On September 24, 2007, the parties filed a stipulation with an exhibit indicating that Petitioner had been released from custody and placed in the Sunrise Guest Home in Sacramento, California. Pursuant to this stipulation, and for the reasons stated therein, the instant habeas petition is dismissed as moot.

Dated: October 2, 2007.

_____
U.S. MAGISTRATE JUDGE

1